842 A.2d 915

**DEPARTMENT OF PUBLIC WELFARE, Respondent**

v.

**PRESBYTERIAN MEDICAL CENTER OF OAKMONT
and Presbyterian Medical Center of Oakmont,
Pennsylvania, Inc., Petitioners.**

Supreme Court of Pennsylvania.

Dec. 22, 2003.

## *AMENDED ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of December, 2003, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the question:

> Whether the claims below sounded in contract and were within the subject matter jurisdiction of the Board of Claims, including its jurisdiction over implied or quasi-contract matters, for all periods at issue?